**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Salvador ALVARADO, Defendant–Appellant.**

**No. 00–50226.**

**D.C. No. CR–99–00146–DOC.**

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

MEMORANDUM [2]

Salvador Alvarado appeals his 46–month sentence imposed following his guilty plea conviction for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm.

Alvarado contends that the district court improperly enhanced his sentence on the basis of prior aggravated felony convictions that were not charged in the indictment, submitted to a jury, or proved beyond a reasonable doubt, citing *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Alvarado's contention is foreclosed by our recent decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2001) (concluding that *Apprendi* did not overrule the Court's holding in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), that prior aggravated felonies need not be alleged in the indictment, submitted to a jury, or proved beyond a reasonable doubt).

AFFIRMED.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.